REPUBLIC STORAGE COMPANY, INC., Respondent, v. LORD & TAYLOR, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VINCENTIA SLAVICH, Respondent, v. MAX GORDON, Defendant, Impleaded with JACK BLUMAN and MAX STACK, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LENA SLAVICH, Respondent, v. MAX GORDON, Defendant, Impleaded with JACK BLUMAN and MAX STACK, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES GIESIN, Respondent, v. GIESIN & SHANKMAN, INC., and MORRIS SHANKMAN, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD RATHJE, Appellant, v. MABEL BUZZARD RATHJE, Respondent.— Judgment and order reversed and the finding of the jury on the framed issues upon which they were based will also be reversed as against the weight of the evidence, and a new trial ordered. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IDA E. HOLLANDER, Appellant, v. HARRY HOLLANDER, Respondent.— Order affirmed. The defenses are sufficiently broad to permit the defendant to show that the plaintiff has refused to resume marital relations with the defendant since the repudiation of the separation agreement. (*Mirizio* v. *Mirizio*, 242 N. Y. 74.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ORANGE NATIONAL BANK and Another v. 2235 WEBSTER AVENUE CORPORATION and Others, Impleaded with 6802 RIDGE BOULEVARD CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before the 31st day of January, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FLORINDO S. POLO v. 250 WEST 88TH STREET REALTY CORPORATION and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY J. GALVIN v. THE CITY OF NEW YORK.— Preference granted for February 4, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY L. MCHUGH v. THE CITY OF NEW YORK.— Preference granted for February 4, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAUL J. MORRIN, as President of the International Association of Bridges, Structural and Ornamental Iron Workers, an Unincorporated Association, v. STRUCTURAL STEEL BOARD OF TRADE, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.